UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DBA DISTRIBUTION SERVICES INC,<br><br>Plaintiff(s),<br>v.<br><br>WESTERN GLOBAL AIRLINES INC,<br><br>Defendant(s). | CASE NO. 2:23-cv-00308-TL<br><br>ORDER ISSUING STAY |

This matter comes before the Court *sua sponte*. Having reviewed the August 7, 2023, notice of bankruptcy from Defendant Western Global Airlines, Inc. (Dkt. No. 13), the Court hereby STAYS this matter under the automatic stay triggered by the Chapter 11 bankruptcy proceedings. *See* 11 U.S.C § 362(a).

///

///

///

///

ORDER ISSUING STAY - 1

The Clerk is DIRECTED to administratively close this matter. The Parties may reopen the case and move to lift the stay upon the conclusion of the bankruptcy proceedings. If the Parties do not wish to proceed with the case, they SHALL file a joint stipulation of dismissal within **fourteen (14) days** of the conclusion of the bankruptcy proceedings.

Dated this 8th day of August 2023.

Tana Lin
United States District Judge

ORDER ISSUING STAY - 2